No. 04A656. LANTZ, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS, ET AL. *v.* ROSS, BY AND THROUGH HIS NEXT FRIEND, SMYTH. Application to vacate the stay of execution of sentence of death entered by the United States District Court for the District of Connecticut on January 24, 2005, presented to JUSTICE GINSBURG, and by her referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

JANUARY 28, 2005

No. 04A663. RELL ET AL. *v.* ROSS. Application to vacate the temporary stay entered by the United States Court of Appeals for the Second Circuit on January 28, 2005, presented to JUSTICE GINSBURG, and by her referred to the Court, granted.

No. 04A665. ROSS *v.* RELL ET AL. Application for stay of execution of sentence of death, or, in the alternative, for a temporary restraining order, presented to JUSTICE GINSBURG, and by her referred to the Court, denied.

FEBRUARY 17, 2005

No. 04–7918. BELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 04–8256. MULCAHY *v.* UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 04–8702 (04A714). IN RE BAGWELL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.